No. ——. BUCKLEY ET AL. *v.* JOHNSON ET AL. Application for stay of order of United States District Court for the District of Connecticut entered in Civil Action No. 13432 on November 20, 1970, which application was presented to MR. JUSTICE HARLAN, and by him referred to the Court, granted, and said order hereby stayed pending timely filing of appeal in this Court. Should appeal be so timely filed, stay will remain in effect pending its disposition. In event appeal is dismissed, stay to terminate automatically. Should jurisdiction be noted or postponed, stay to remain in effect pending issuance of judgment of this Court. MR. JUSTICE BLACK, MR. JUSTICE DOUGLAS, and MR. JUSTICE HARLAN are of the opinion that stay should be denied. Motion of Rita Johnson et al. to expedite appeal denied.

No. ——. DONOFRIO *v.* UNITED STATES. C. A. 5th Cir. Application for bail presented to MR. JUSTICE BLACK, and by him referred to the Court, denied.

No. ——. THOMPSON *v.* SELECTIVE SERVICE SYSTEM LOCAL BOARD No. 28 ET AL. C. A. 5th Cir. Application for stay of induction presented to MR. JUSTICE BLACK, and by him referred to the Court, denied. MR. JUSTICE DOUGLAS and MR. JUSTICE STEWART are of the opinion that the stay should be granted.

No. 31, Orig. UTAH *v.* UNITED STATES. Exceptions to Report of Special Master set for oral argument in due course. MR. JUSTICE MARSHALL took no part in the consideration or decision of this matter. [For earlier actions herein, see, *e. g., ante*, p. 903.]

No. 362. McGEE *v.* UNITED STATES. C. A. 2d Cir. [Certiorari granted, 400 U. S. 864.] Motion of Richard K. LeGrande for leave to proceed *in forma pauperis* granted. Motion for authorization for payment of counsel for preparation of brief as *amicus curiae* denied.